UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YI LIU,

        Plaintiff,

   v.

UNITED STATES POSTAL SERVICE (USPS), et al.,

        Defendants.

Case No. 15-cv-03734-JD

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 13

On July 17, 2015, pro se plaintiff Yi Liu (dba) Technext020 filed a small claims complaint against the "United States Postal Service (USPS) (Agent: Jason Kirrane)." Dkt. No. 1-1 at 2. The case was removed to this Court on August 17, 2015. Dkt. No. 1. On August 24, 2015, the United States and the United States Postal Service filed a motion to dismiss the complaint. Dkt. No. 8. Ms. Liu has not filed any opposition to defendants' motion, and her time to do that under Civil Local Rule 7-3(a) has long passed.

Ms. Liu is ordered to show cause why the federal defendants' motion to dismiss should not be granted. Ms. Liu's response is due by **October 26, 2015**. If Ms. Liu no longer intends to prosecute this case, she should file a notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Failure to respond to this order to show cause will result in the case being dismissed for failure to prosecute.

The hearing on the motion to dismiss, which was set for October 21, 2015, at 10:00 a.m., is vacated.

**IT IS SO ORDERED.**

Dated: October 16, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI LIU,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES POSTAL SERVICE (USPS), et al.,<br><br>             Defendants. | Case No.  15-cv-03734-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yi  Liu
144 Crestwood Avenue
Apt 1
Daly City, CA 94015


Dated: October 16, 2015

Susan Y. Soong
Clerk, United States District Court


By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2